Docusign Envelope ID: 1090DE4E-1336-47DE-9034-BE5B5447D4C1

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.

| ENTER CHARGE NUMBER |
| --- |
| ☐ FEPA |
| ☐ EEOC |

**KANSAS HUMAN RIGHTS COMMISSION AND EEOC**

| NAME | Date of Birth | HOME TELEPHONE NO. (Include Area Code) |
| --- | --- | --- |
| Jessica Mata | [redacted] | [redacted] |

| Street Address | City, State and Zip Code | Country |
| --- | --- | --- |
| 5615 E 56th St | Kansas City, MO 64130 | USA |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP, COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below).

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
| --- | --- | --- |
| PHK Staffing, LLC dba Hollywood Casino at Kansas Speedway | Over 500 | (913) 288-9300 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
| --- | --- |
| 777 Hollywood Casino Blvd | Kansas City, KS 66111 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
| --- | --- |
|  |  |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
| --- | --- |
|  |  |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION
☐ NATIONAL ORIGIN   ☒ RETALIATION   ☐ AGE
☐ DISABILITY   ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE (Month, day, year)
January, 2024 - Present
☒ CONTINUING ACTION

EX. A

Docusign Envelope ID: 1090DE4E-1336-47DE-9034-BE5B5447D4C1

My name is Jessica Mata and I have worked at Hollywood Casino as a Table Games Dealer since January 30, 2024.

I had worked at another casino prior for four years and I was good at dealing. At Hollywood, I received lots of encouragement and accolades from my coworkers and leads, who submitted over 25 "recognitions" of me via the company's acknowledgement program. I was encouraged to sign up for the poker class to learn how to become a Poker Dealer.

Poker class was held October 7th to November 4th, 2024. There were seven full time students; two women, including myself, and five men. I didn't miss any classes, worked hard, and was constantly praised about how well I was doing throughout the course. I managed to be one of the best students in the class per the poker instructor, veteran poker dealers, and players. I got a 96% on the final test which was the best score out of all my classmates.

However, once the class ended, we were told that only six spots were actually open for Poker dealers, and those spots were all offered to the men in the Poker class. The sixth position was offered to my boyfriend Charles Lacy, who hadn't dealt poker in six years and only attended half the classes as an "adjunct."

My male classmates, all now Poker Dealers, expressed to me that they didn't understand why I didn't get a spot. They all said it seemed unfair, especially after I was the one who helped them or corrected their mistakes multiple times in class.

So Charles and I spoke to male poker manager Brian Padilla. Charles even declined the job offer as he felt it was unfair and I should have his spot.

Brian didn't give me his spot. His misogyny shined when he told my supervisor my complaint of discrimination had been intimidating and I should apologize. I sent Brian an email expressing intimidation was not my intent.

I spoke to some of my coworkers about my situation and they've said that this had happened to other women in the casino prior.

On November 13th, I emailed Bethany Viles in HR to see if she could give me an explanation on why I wasn't offered a job. She claimed I didn't meet the criteria. They were allegedly looking for someone with good customer service, good technical skills, and teamwork. I had received multiple recognitions for being exceptional at all three of these areas, so I didn't understand.

I reached out to Brian on November 16th, asking him to reconsider me for the position. He coldly replied November 20th to reapply next time.

So I reapplied for the position when it came up again, and was turned down again.

I have been harassed and discriminated against based on my gender. After reporting the discrimination, I was retaliated against and financially damaged. But I am hopeful that we can come to some sort of resolution with the company and make positive changes going forward.

I am represented by the following Counsel:

Docusign Envelope ID: 1090DE4E-1336-47DE-9034-BE5B5447D4C1

Lauren Sierra Kruskall

Attorney at Jungle Law
2300 Main St, #900
Kansas City, MO 64108
f. #816-448-3101
c. #816-944-3680

| | |
|---|---|
| [X] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) <br><br> I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. <br><br> 1/13/2025 <br> Date <br><br> *DocuSigned by:* Jesmia <br> F532A1A477B840E... <br> (Charging Party signature) | SIGNATURE OF COMPLAINANT <br> *DocuSigned by:* Jesmia <br> F532A1A477B840E... <br><br> SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month and year)     1/13/2025 |