### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| JESSICA MATA, | ) |
|     Plaintiff, | ) |
| v. | ) |
| PHK STAFFING, LLC d/b/a HOLLYWOOD CASINO AT KANSAS SPEEDWAY, | ) Case No. 2:25-cv-02649-DDC-ADM |
|     Defendant. | ) |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Kansas Entertainment, LLC d/b/a Hollywood Casino at Kansas Speedway ("Defendant"), incorrectly named as PHK Staffing, LLC d/b/a Hollywood Casino at Kansas Speedway hereby makes the following disclosures:

1. Kansas Entertainment, LLC is a foreign limited liability company licensed in the state of Delaware with its principal place of business in Kansas.

2. Kansas Entertainment, LLC d/b/a Hollywood Casino at Kansas Speedway is a joint venture comprised of two entities: Kansas Speedway Development Corp and Penn Hollywood Kansas, Inc. Kansas Speedway Development Corp, incorporated in Kansas, is wholly owned by NASCAR. Penn Hollywood Kansas, Inc., incorporated in Delaware, sole shareholder is Delvest LLC, whose sole member is Penn Tenant, LLC, whose sole member is Penn Entertainment, Inc., formerly Penn National Gaming, Inc. Penn Entertainment, Inc., a Pennsylvania corporation, is a publicly traded company and does not have a parent corporation. BlackRock, Inc. and Vanguard Group, Inc. each own more than 10% of the stock of Penn Entertainment, Inc.

Respectfully submitted,

*/s/ Kelsey R. Popp*
Jacqueline M. Duvall, D. Kan. # 78799
Kelsey R. Popp, D. Kan. #79238
**OGLETREE DEAKINS NASH SMOAK & STEWART PC**
700 W. 47th Street, Suite 500
Kansas City, MO 64112
Phone:  816.471.1301
Facsimile:  816.471.1303
Email:  jacquline.duvall@ogletree.com
Email: kelsey.popp@ogletree.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2025, I caused the above and foregoing to be filed using the Court's CM/ECF system, which will provide electronic notification to the following counsel for Plaintiff:

Lauren Perkins Allen   #20116
LAUREN ALLEN, LLC
4717 Grand Avenue, Suite 130
Kansas City, MO 64112
Phone:  816.877.81210
Facsimile:  816.817.1120
Email:  lpa@laurenallenllc.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Kelsey R. Popp*
Kelsey R. Popp
**ATTORNEY FOR DEFENDANT**

2