## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| JESSICA MATA, | ) |
|     Plaintiff, | ) |
| v. | ) |
| PHK STAFFING, LLC d/b/a HOLLYWOOD CASINO AT KANSAS SPEEDWAY, | ) Case No. 2:25-cv-02649-DDC-ADM |
|     Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Kelsey R. Popp, of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby enters her appearance on behalf of Defendant Kansas Entertainment, LLC d/b/a Hollywood Casino at Kansas Speedway, incorrectly named as PHK Staffing, LLC d/b/a Hollywood Casino at Kansas Speedway.

Respectfully submitted,

*/s/ Kelsey R. Popp*
Jacqueline M. Duvall, D. Kan. # 78799
Kelsey R. Popp, D. Kan. #79238
**OGLETREE DEAKINS NASH SMOAK & STEWART PC**
700 W. 47th Street, Suite 500
Kansas City, MO 64112
Phone: 816.471.1301
Facsimile: 816.471.1303
Email: jacquline.duvall@ogletree.com
Email: kelsey.popp@ogletree.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2025, I caused the above and foregoing to be filed using the Court's CM/ECF system, which will provide electronic notification to the following counsel for Plaintiff:

Lauren Perkins Allen   #20116
LAUREN ALLEN, LLC
4717 Grand Avenue, Suite 130
Kansas City, MO 64112
Phone:  816.877.81210
Facsimile:  816.817.1120
Email:  lpa@laurenallenllc.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Kelsey R. Popp*
Kelsey R. Popp
**ATTORNEY FOR DEFENDANT**