## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| JESSICA MATA,<br>  Plaintiff,<br>v.<br>PHK STAFFING, LLC d/b/a<br>HOLLYWOOD CASINO AT KANSAS<br>SPEEDWAY,<br>  Defendant. | )<br>)<br>)<br>)<br>)  Case No. 2:25-cv-02649-DDC-ADM<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff Jessica Mata and Defendant Kansas Entertainment, LLC d/b/a Hollywood Casino at Kansas Speedway, incorrectly named as PHK Staffing, LLC d/b/a Hollywood Casino at Kansas Speedway, (collectively, "the Parties") respectfully move the Court to enter a Protective Order to prohibit and restrict the disclosure of confidential and proprietary information. In support of this Motion, the Parties state as follows:

The protection of the identified categories of confidential information is necessary because Plaintiff asserts claims that may necessitate discovery regarding her salary, wages and benefits, personnel files, Social Security number, bank account information, medical, educational and employment records. The disclosure of such sensitive information could potentially leave Plaintiff vulnerable to identity theft. Furthermore, to the extent collected, Plaintiff believes the disclosure of her private medical records to third parties would cause embarrassment and annoyance and could potentially hinder future employment opportunities. Further, discovery will necessarily include confidential business information of Defendant and its employees who are not parties to this litigation, as well as Defendant's pay practices and policies, which Defendant believes give it a competitive edge in the marketplace. Defendant believes the disclosure of confidential employment information of employees who are not parties to this litigation to third parties could

cause embarrassment and annoyance and could potentially hinder further employment opportunities of non-parties. The parties are interested in permitting discovery to proceed without delay occasioned by possible disputes about the confidential nature of the documents and/or information being produced.

To maintain the confidentiality of this information, and to protect the Parties and their respective confidential information, the Parties request this Court enter a Protective Order. A proposed Joint Protective Order on which the Parties have conferred and agreed is provided herewith for the Court's consideration.

WHEREFORE, the Parties respectfully request the Court enter the proposed Joint Protective Order and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

| /s/ Lauren Perkins Allen | /s/ Kelsey R. Popp |
|---|---|
| Lauren Perkins Allen #20116 | Jacqueline M. Duvall, D. Kan. # 78799 |
| LAUREN ALLEN, LLC | Kelsey R. Popp     D. Kan. # 79238 |
| 4717 Grand Avenue, Suite 130 | OGLETREE DEAKINS NASH SMOAK & STEWART PC |
| Kansas City, MO 64112 | 700 W. 47th Street, Suite 500 |
| Phone:  816.877.81210 | Kansas City, MO 64112 |
| Facsimile:  816.817.1120 | Phone: 816.471.1301 |
| Email:  lpa@laurenallenllc.com | Facsimile:  816.471.1303 |
|  | Email:  jacqueline.duval@ogletree.com |
| ATTORNEY FOR PLAINTIFF | Email:  kelsey.popp@ogletree.com |
| ***Counsel for Plaintiff*** | ***Counsel for Defendant*** |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 14th day of January, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and sent notification of such filing to the following:

Lauren Perkins Allen #20116
LAUREN ALLEN, LLC
4717 Grand Avenue, Suite 130
Kansas City, MO 64112
Phone: 816.877.81210
Facsimile: 816.817.1120
Email: lpa@laurenallenllc.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Kelsey R. Popp*
**ATTORNEY FOR DEFENDANT**